IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00213-AP

ARLIN A. AUSTIN,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

    For Plaintiff:
    Elliot L. Bloodsworth, Esq.
    Dawes and Harriss, P.C.
    572 East Third Avenue
    Durango, CO 81301
    (970) 247-4411
    (970) 247-1482 (fax)
    E-mail: Elliot.bloodsworth@dawesandharriss.com

    For Defendant:
    Teresa H. Abbott
    Special Assistant United States Attorney

    *Mailing Address:*
    *1961 Stout Street, Suite 1001A*
    *Denver, Colorado  80294*
    E-mail: Teresa.Abbott@ssa.gov

    *Street Address:*
    1225 Seventeenth Street, Suite 700
    Denver, Colorado 80202
    (303) 454-0100
    (303) 454-0404 (fax)

2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A.    **Date Complaint Was Filed:** February 7, 2006

    B.    **Date Complaint Was Served on U.S. Attorney's Office:**   March 6, 2006

    C.    **Date Answer and Administrative Record Were Filed**: May 5, 2006

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

    The parties state that the record is complete.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

    The parties state that there is no additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

    The parties state that this case raises no unusual claims or defenses.

**7. OTHER MATTERS**

    None.

**8. PROPOSED BRIEFING SCHEDULE**

    A.    **Plaintiff's Opening Brief Due:**   June 25, 2006

    B.    **Defendant's  Response Brief Due:**  July 25, 2006

    C.    **Plaintiff's  Reply Brief (If Any) Due:** August 4, 2006

## 9. STATEMENTS REGARDING ORAL ARGUMENT

    A.    **Plaintiff's Statement:**  Plaintiff does not request oral argument**.**

    B.    **Defendant's Statement:**  Defendant does not request oral argument.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*Indicate below the parties' consent choice.*

    A.    **(  )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    **(X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this 23rd day of May, 2006.

                                                  BY THE COURT:

                                           S/John L. Kane
                                           U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ Elliot L. Bloodsworth | WILLIAM J. LEONE |
| Elliot L. Bloodsworth, Esq. | UNITED STATES ATTORNEY |
| Dawes and Harriss, P.C. | |
| 572 East Third Avenue | s/ Kurt J. Bohn |
| Durango, CO 81301 | KURT J. BOHN |
| Telephone: (970) 247-4411 | |
| Elliot.bloodsworth@dawesandharriss.com | Assistant U.S. Attorney |
| | 1225 Seventeenth Street, Suite 700 |
| Attorney for Plaintiff | 17th Street Plaza |
| | Denver, Colorado 80202 |
| | Telephone: (303) 454-0100 |
| | kurt.bohn@usdoj.gov |

s/ Teresa H. Abbott
By: Teresa H. Abbott
Special Assistant U.S. Attorney
teresa.abbott@ssa.gov

*Mailing Address:*
1961 Stout St., Suite 1001A
Denver, Colorado 80294

*Street Address:*
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100

Attorney for Defendant